Prob 22 (Rev. 03/97)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NO. (Transferring Court) | 0:01CR00109-1(JRT) |
| DOCKET NO. (Receiving Court) | |

| NAME AND ADDRESS OF * | DISTRICT | DIVISION |
|---|---|---|
| Gonzalo Gonzalez<br>2955 South Loomis, First Floor<br>Chicago, IL 60608 | MINNESOTA | Minneapolis |
| | NAME OF SENTENCING JUDGE<br>Honorable John R. Tunheim | |
| | DATES OF SUPERVISION | FROM 04/09/2004 — TO 04/08/2006 |

OFFENSE

Interstate Travel in Aid of an Unlawful Activity in violation of 18 § U.S.C. 1952(a)(3)

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

IT IS HEREBY ORDERED pursuant to 18 U.S.C. §3605 the jurisdiction of the named above be transferred with the records of this Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of may be changed by the District Court to which this transfer is made without further inquiry of this Court.

1-17-05
Date

[signature]
United States District Judge

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction of the above be accepted and assumed by this Court from and after the entry of this order.

JAN 31 2005
Effective Date

Charles P. Kocoras
United States District Judge

SCANNED
FEB 17 2005
U.S. DISTRICT COURT ST. PAUL